IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

RCVD - USDC COLA SC
AUG 18 '26 AM 11:27

| | | |
|---|---|---|
| Dennis Gallipeau, | ) | C.A. No.: 3:26-cv-3530-JDA-MHC |
| Plaintiff, | ) | |
| vs. | ) | **COMPLAINT** |
| United States of America, | ) | |
| Defendant. | ) | |

This is an action against the United States for money damages caused by the negligent acts or omissions of a United States Post Office Supervisor.

PARTIES

1. Plaintiff is a resident of South Carolina.
2. Defendant is the United States of America.

JURISDICTION AND VENUE

3. This court has subject matter jurisdiction pursuant to 28 U.S.C. § 1346(b).
4. Venue is proper in the United States District Court for the District of South Carolina pursuant to 28 U.S.C. § 1402(b) because the acts and omissions of the federal employee giving rise to this claim occurred in Columbia, SC, which is located within this judicial district.

FACTS

5. On or about October 6, 2025, plaintiff sued his former landlord under the South Carolina Residential Landlord and Tenant act seeking statutory damages in the amount of $6,300 plus $80 in costs.
6. On or about October 7, 2025, plaintiff submitted a properly completed "Change of

Address or Boxholder Request Format – Process Servers" form, authorized by 39 CFR § 265.14, directly to the Postmaster of the Defendant's last known address.

7. The Postmaster refused plaintiff's request stating that "You need a court form."

8. Plaintiff was informed by the clerk of court that there is no such "court form."

9. On or about October 29, 2025 plaintiff returned to the Post Office, after several previous attempts, and was permitted to speak to the Postmaster and informed the Postmaster what the clerk of court told plaintiff and this time plaintiff was told, "You need to be an authorized, licensed process server" and the Postmaster walked away from the plaintiff.

10. Plaintiff's Magistrate Court case was ultimately dismissed due to lack of service.

11. Plaintiff completed and submitted a Form 95 to the USPS National Torts Center and on November 19, 2025 received written acknowledgment of receipt of plaintiff's claim.

12. There has been no further communication from the USPS Accounting Service Center.

WHEREFORE, Plaintiff demands judgment against the United States of America in the amount of $6,380 plus interest and costs.

8/18/2026

Dennis M. Gallipeau
PO Box 210134
Columbia, SC 29221
(803) 846-7524